IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

EVANS LAW PLLC and
KEVIN D. EVANS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant.

---

**COMPLAINT PURSUANT TO
FREEDOM OF INFORMATION ACT**

---

Plaintiffs, EVANS LAW PLLC ("ELP") and KEVIN D. EVANS ("Evans"), bring this action against Defendant, the UNITED STATES DEPARTMENT OF JUSTICE ("DOJ"), for the failure to timely and appropriately respond to the Freedom of Information Act ("FOIA") request served by ELP and Evans pursuant to 5 U.S.C. § 552.  As explained below, ELP and Evans have exhausted their administrative remedies under 5 U.S.C. § 552(a)(6)(C)(i).

### THE PARTIES

1.     ELP is a Professional Limited Liability Corporation registered, licensed to do business, and in good standing in the State of Colorado.  ELP is located at 5613 DTC Parkway, Suite 850, Greenwood Village, Colorado 80111.

2.     Evans is a resident of Arapahoe County, Colorado.

3. The DOJ has an office located in Colorado at 1801 California Street, Suite 1600, Denver, Colorado 80202.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this case, and venue is proper in this District, pursuant to 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

5. On November 19, 2020, ELP and Evans served their FOIA request (the "Request") on the DOJ in accordance with the procedures set forth in the DOJ website https://www.justice.gov/oip/make-foia-request-doj. The Request was emailed to MRUFOIA.Requests@usdoj.gov and was sent by first class mail to FOIA/PA Mail Referral Unit, United States Department of Justice, Room 115, LOC Building, Washington, DC 20530-0001. A copy of the Request is attached hereto as Exhibit 1.

6. The Request said:

Pursuant to 5 U.S.C. §§ 552 *et seq.*, I hereby request copies of the documents, records, and information described below (collectively, "Documents"), whether stored in hard copy or electronically, in the possession of the Department of Justice:

1. Documents relating to Hunter Biden and pertaining to any relationship, communication, gift(s), and/or remuneration in any form with, to or from any individual or entity (government agency or otherwise) from the countries of China, Russia, and/or Ukraine.

2. Documents relating to James Biden and pertaining to any relationship, communication, gift(s), and/or remuneration in any form with, to or from any individual or entity (government agency or otherwise) from the countries of China, Russia, and/or Ukraine.

Should you have any questions regarding this request, please contact me directly.

7. The DOJ confirmed received of the Request.

8. When ELP and Evans had not received a response to the Request by December 18, 2020, Evans sent the email attached hereto as Exhibit 2.

9. On December 21, 2020, the DOJ sent the email attached hereto as Exhibit 3.

10. The DOJ Office of Information Policy sent Evans a letter on January 21, 2021, stating that the Request "falls within 'unusual circumstances' " under 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  A copy of that letter is attached hereto as Exhibit 4.  While the letter said the Request "will be processed as soon as possible," no time (estimated or otherwise) was provided.

11. On January 22, 2021, Evans sent the letter attached hereto as Exhibit 5 in response to the DOJ's January 21, 2021, letter.  That letter acknowledged "the unusual times in which we are all working," and said that Evans understood "that as a result a short delay in responding to my request is appropriate."  Evans requested a response by February 5, 2021, over two and one-half months after the date of the Request.

12. On January 28, 2021, DOJ sent the letter attached hereto as Exhibit 6.

13. On February 1, 2021, Valeree Villanueva, Supervisory Government Information Specialist with DOJ's Office of Information Policy, called and spoke with Evans.  Ms. Villanueva followed up that call with the email attached hereto as Exhibit 7.  In her email, Ms. Villanueva said that DOJ expected its search for the two categories of requested documents to take "ten months."

14. On February 2, 2021, Evans sent a response email to Ms. Villanueva. That email is attached hereto as Exhibit 8, and said:

> Valeree,
>
> I appreciate your reaching out to me yesterday to discuss my FOIA request to the DOJ served on November 19, 2020. I realize these are unprecedented times, and that some delay is inevitable. I also appreciated your mentioning an interim response process, which you estimated could be completed in four to six weeks; I asked that such process be pursued.
>
> Having said this, I do not believe ten months to respond to a FOIA request is consistent with either the letter or the spirit of the law, and do not want my request for an interim response to be deemed as an agreement to such a delay. I will continue to monitor this situation and likely will be in touch with you this Spring to discuss status.
>
> Best wishes.

15. On March 15, 2021, Douglas R. Hibbard, Chief, Initial Request Staff, sent the letter attached hereto as Exhibit 9. Along with that letter 106 pages from the database of the Departmental Executive Secretariat were produced. That material consisted of the following: i) a letter from Senator Rand Paul to Attorney General William Barr (attached hereto as Exhibit 10) requesting the opening of an investigation; ii) a response to Senator Paul by Assistant Attorney General Stephen E. Boyd declining to discuss information or comment on any investigation; iii) a letter from Senators Grassley and Johnson to Attorney General Barr requesting information; iv) a response letter from Assistant Attorney General Boyd stating the requested information would not be provided; v) a letter from various members of Congress to Attorney General Barr requesting the opening of an investigation; vi) letters from Assistant Attorney General Boyd to the signatory members from Congress declining to discuss information or comment on any investigation; and vii) an 87 page

report entitled "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns," by the Majority Staff of the U.S. Senate Committee on Homeland Security and Governmental Affairs and the U.S. Senate Committee on Finance (the first few pages of which, including the Executive Summary (which is disturbing), are attached hereto as Exhibit 11).

16. Mr. Hibbard's March 15, 2021, letter also said: "We are continuing to search for records responsive to your request and will contact you again once those searches are complete and our disclosure determinations are made, should responsive records be located." To date, not a single additional page has been produced in response to the November 19, 2020, Request.

17. Mr. Hibbard's March 15 letter prompted an email from Evans to Ms. Villanueva dated April 14, 2021, attached hereto as Exhibit 12. That email said:

> Valeree,
>
> On March 15, 2021, I received a completely inadequate response to my November 19, 2020 FOIA request. I understand that the response was interim, but after 4 months what I received can only be characterized as an affront to FOIA. I would like to know when I will receive a robust and thorough response to my FOIA request.

18. Ms. Villanueva responded on April 21, 2021, a copy of which is attached hereto as Exhibit 13. She indicated that DOJ's search continued.

19. Showing continued patience, ELP and Evans waited over 4 more months before Evans sent another email to Ms. Villanueva on August 31, 2021, a copy of which is attached hereto as Exhibit 14. That email said:

5

Valeree,

It is now 285 days since I sent my FOIA request to the DOJ. Absent a prompt, significant, and substantive response (as opposed to what I have received to date), I will be filing suit against DOJ in the near term for FOIA violations and I will be seeking my fees and costs in having to do so.

20. Ms. Villanueva responded by email on September 3, 2021, a copy of which is attached hereto as Exhibit 15. In her email, Ms. Villanueva said she estimated being able to provide an "interim response within the next three to four weeks." Evans responded by email that same day (attached hereto as Exhibit 16), stating he would wait another month.

21. On September 29, 2021, Evans received an email from Eric Hotchkiss, Senior Government Information Specialist, Office of Information Policy (a copy of which is attached as Exhibit 17). Mr. Hotchkiss said that "a handful of documents" had been located that "appear to be responsive to your request," but those documents would require "consultations in other offices." Mr. Hotchkiss then said that "consultations take an average of 6-8 weeks." He concluded by saying he "estimate[d] that we will be able to provide an interim response by the end of December" 2021—over 13 months after the date of the Request and 12 weeks after the date of Mr. Hotchkiss' email.

22. However, no response, interim or otherwise, was provided. Thus, on January 28, 2022, Evans sent the email attached hereto as Exhibit 18. Mr. Hotchkiss responded by email on February 1, 2022 (a copy of which is attached hereto as Exhibit 19). Other than saying the "consultations" were ongoing, he provided no information as to when a response would be forthcoming.

23. As a result, Evans sent Mr. Hotchkiss and Ms. Villanueva a draft of this Complaint on March 1, 2022, informing them that the Complaint would be filed on March 4, 2022. *See* Exhibit 20 hereto. DOJ did not respond.

24. With all due respect, FOIA demands more of government agencies. ELP has been more than patient, and DOJ has not fulfilled its statutory obligations: even now, going on 16 months after the Request was served.

## COUNT I
### (Violation of 5 U.S.C. § 552)

25. ELP and Evans reallege and incorporate by reference Paragraphs 1 through 24 hereof.

26. DOJ has violated and is in violation of 5 U.S.C. § 552.

## RELIEF REQUESTED

Accordingly, ELP and Evans respectfully request that the Court enter judgment in their favor and:

A. Enjoin the DOJ from withholding and refusing to produce the documents responsive to the Request;

B. Order that the DOJ must promptly comply with the Request and produce all requested documents; and

C. Award ELP and Evans their attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i).

Date:  March 4, 2022											EVANS LAW PLLC

By:	*s/Kevin D. Evans*
_____
Kevin D. Evans
5613 DTC Parkway
Suite 850
Greenwood Village, CO 80111
Tel:  720.738.3971
Fax:  720.749.4958
Email:  kdevans@evanspllc.law

8