IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00539-NYW-MEH

EVANS LAW, PLLC and
KEVIN D. EVANS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant.

---

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE
TO PLAINTIFFS' THIRD STATUS REPORT [Doc. No. 24]**

---

    Plaintiffs, EVANS LAW, PLLC and KEVIN D. EVANS, submit this reply to Defendant's Response filed on October 10, 2022 [Doc. No. 24].

    In its filing, the Department of Justice ("DOJ") glosses over the central question: after having ***conceded the existence*** of roughly 400 pages of potentially responsive documents, and telling the Court during the May 26, 2022, status hearing that it was reviewing those documents for responsiveness, DOJ then provided a *Glomar* response in which it refused to confirm or deny the existence of any such records. However, the cat is out of the bag. Having admitted the existence of potentially responsive documents, the proper course now is for DOJ to review those records, determine whether they indeed are responsive, and redact them to the extent they feel it necessary. Then the issue becomes whether, on summary judgment, the redactions are proper.

    In effect, DOJ is asking the Court to ignore what it said during the May 26 status hearing and pretend that those roughly 400 pages do not exist. That bell, however, cannot be unrung.

WHEREFORE, Plaintiffs respectfully request that the Court order DOJ to review the approximately 400 pages it said exist and determine whether they are responsive to the November 2019 FOIA request. If so, and DOJ believes redactions are in order, the parties can proceed to summary judgment on the propriety of those redactions. In the alternative, Plaintiffs request that the Court order DOJ to explain why a *Glomar* response is appropriate after DOJ conceded the existence of the very documents they now pretend do not exist.

Date:  October 10, 2022

EVANS LAW, PLLC

By:   *s/Kevin D. Evans*
_____
Kevin D. Evans
5613 DTC Parkway
Suite 850
Greenwood Village, CO 80111
Tel:  720.738.3971
Fax:  720.749.4958
Email:  kdevans@evanspllc.law

## CERTIFICATE OF SERVICE

   I hereby certify that on October 10, 2022, I caused a true and correct copy of the foregoing **PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' THIRD STATUS REPORT [Doc. No. 24]** to be filed and served electronically through the CM/ECF system to the Court and all parties of record as follows:

Alexander V. Sverdlov
United States Department of Justice
1100 L Street, N.W. – Room 8142
Washington, DC 20530
Email: alexander.v.sverdlov@usdoj.gov
*Attorneys for Defendant*

                    *s/Kevin D. Evans*
                    Kevin D. Evans